UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD DAVID JONES,

        Plaintiff,

    v.

P. MASTERANGLO, #12771; S. DERRICO #43107; T. A. BEERS, #46894; JOHN DOE; G. A. KELLY; M. J. NIMROD; N. GRANNIS; and R. J. KIRKLAND,

        Defendants.

No. C 06-0490 PJH (PR)

**SCHEDULING ORDER**

        This is a civil rights case filed pro se by a state prisoner. In the initial review order the court ordered service on defendants Masteranglo, Derrico, and Beers. The claims against the other defendants were dismissed with leave to amend and subsequently dismissed with prejudice when plaintiff did not amend.

        A motion to dismiss by Masteranglo, Derrico, and Beers was granted as to all claims except the medical claims against Beers. The dismissal was with leave to amend; plaintiff has not amended, so all remaining claims except the medical claim against Beers are now **DISMISSED WITH PREJUDICE**.

        In order to expedite the resolution of this case, the court orders as follows:

        1. No later than sixty days from the date this order is entered, Beers shall file a motion for summary judgment or other dispositive motion. If he is of the opinion that this case cannot be resolved by summary judgment, he shall so inform the court prior to the date his summary judgment motion is due.

        2. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the court

1  and served upon defendant no later than thirty days from the date the motion was served
2  upon him.  Plaintiff should note the warnings given him in the initial review order pursuant
3  to *Rand v. Rowland*, 154 F.3d 952, 953-954 (9th Cir. 1998) (en banc), *Klingele v.*
4  *Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988), and *Wyatt v. Terhune*, 315 F.3d 1108,
5  1120 n. 4 (9th Cir. 2003).

6      3. If defendant wishes to file a reply brief, he shall do so no later than fifteen days
7  after the opposition is served upon him.

8      4. The motion shall be deemed submitted as of the date the reply brief is due.  No
9  hearing will be held on the motion unless the court so orders at a later date.

10  **IT IS SO ORDERED.**
11  Dated:  September 14, 2007.

                    PHYLLIS J. HAMILTON
                    United States District Judge

28  G:\PRO-SE\PJH\CR.06\JONES490.NOAMEN.wpd