EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
TIMOTHY J. MCDONOUGH, State Bar No. 235850
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5606
 Fax:  (415) 703-5843
 Email:  Tim.McDonough@doj.ca.gov

Attorneys for Defendant T. Beers

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWARD D. JONES,**<br><br>                                        Plaintiff,<br><br>v.<br><br>**P. MASTERANGLO, T. A. BEERS, JOHN DOE; G. A. KELLY, M. J. NIMROD, N. GRANNIS; AND R. J. KIRKLAND,**<br><br>                                        Defendants. | C 06-0490 PJH (pr)<br><br>~~[PROPOSED]~~ **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF EDWARD JONES, CDCR No. K-26983** |

   Plaintiff, **EDWARD JONES, CDCR No. K-26983**, a necessary and material witness in proceedings in this case **beginning on May 19, 2009, at 1:00 p.m.**, is confined at Pelican Bay State Prison in the custody of the Warden.  In order to secure this inmate's attendance at the settlement conference scheduled for May 19, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **Edward Jones, CDCR No. K-26983**, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas**

**presiding, beginning on May 19, 2009 at 1:00 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Pelican Bay State Prison and the California Department of Corrections and Rehabilitation to produce inmate **EDWARD JONES, CDCR No. K-26983**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Pelican Bay State Prison.

2.   The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:  The Warden of Pelican Bay State Prison,

**YOU ARE COMMANDED** to produce inmate **EDWARD JONES, CDCR No. K-26983**, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Pelican Bay State Prison.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: April 28, 2009 _____

_____
Nandor J. Vadas
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20196337.wpd

SF2006200669

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate

Jones v. Masteranglo, et al.
C 06-0490 PJH (pr)

2