KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Fax: (415) 703-5843
E-mail: Kyle.Lewis@doj.ca.gov

*Attorneys for Defendant*
*T. Beers*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **EDWARD D. JONES,** Plaintiff, v. **P. MASTERANGELO, T. A. BEERS, JOHN DOE; G. A. KELLY, M. J. NIMROD, N. GRANNIS; AND R. J. KIRKLAND,** Defendants. | C 06-0490 PJH (pr) **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure, with

//

//

//

//

each party to bear his/her own attorneys' fees and costs.

Dated: April 7th, 2011

EDWARD D. JONES, JR.
CDCR No. K-26983
PLAINTIFF

Dated: April 8th, 2011

KYLE A. LEWIS
Deputy Attorney General
*Attorney for Defendant T. Beers*

IT IS SO ORDERED.

Dated: 4/12/11

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

THE H[...]MILTON
U.S. D[...]

SF2006200669
20429838.doc

## CERTIFICATE OF SERVICE

Case Name: **Jones v. Masteranglo, et al.** No. **C 06-0490 PJH (pr)**

I hereby certify that on **April 8, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **April 8, 2011**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Edward D. Jones, K-26983**
**Pelican Bay State Prison**
**P.O. Box 7000**
**Crescent City, CA 95531-7000**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 8, 2011**, at San Francisco, California.

L. Tra
Declarant

Signature

SF2006200669
20431057.doc